# EXHIBIT 1

Jeffrey Benjamin

October 31, 2024

The Honorable Mary Geiger Lewis
United States District Judge
District of South Carolina
901 Richland Street
Columbia, SC 29201

Dear Judge Lewis,

Thank you for allowing me the opportunity to address the Court. Even as I write this letter today, the failure of the V.C. Summer Project continues to weigh on my conscience. I deeply regret that we were unable to deliver the Project for the people of South Carolina. Even more so, I regret the role I played in SCANA Corporation's misrepresentations about the Project. It was wrong for SCANA to misrepresent the risks facing the Project, and I wish I had brought the inaccuracies in SCANA's disclosures to their attention. I could have done more to independently assess and better understand the risk as it became clear that Fluor was failing and that projections I was receiving from my direct reports were likely overly optimistic.

When Kevin Marsh asked me if Westinghouse could finish the project on time, I honestly believed that the project would be completed by November 2019 and July 2020. But I cannot deny knowing that there were a variety of real risks to those completion dates. I was committed to getting the Project finished under the EPC Agreement however, and I never thought that it would be cancelled or that the costs of further delay would fall on anyone but Westinghouse under our amended contract.

In hindsight, there are things that I would have handled differently. My actions—and, as reflected in my guilty plea, my inactions—after learning how SCANA was misconstruing my words fell short of my own standards for project leadership and were below the commitment to honesty and integrity that I have tried to embody throughout my career. For that, I am deeply remorseful.

I am particularly saddened that the Project's failure caused skepticism toward the prospect of domestically produced nuclear power. I have devoted my professional life to the development of innovative, safe, and secure energy solutions with the hope of helping to drive energy transition away from carbon. I am acutely aware that the failure of the Project stifled the appetite of both the public and private sectors in the U.S. to invest in nuclear technologies. But I hope that the successful completion of the Vogtle project will restore some enthusiasm. Despite the disappointing failure of the VC Summer project, those reactors represented 2 of the 8 reactors being built – the 6 other nuclear reactors were completed and are currently providing clean, safe, and reliable power to families in Georgia and China. I am proud to have spearheaded the development of those reactors. Moreover, I hope that through my continued commitment to the

energy sector, I will be able to assist in further advancing the development of innovative energy technologies at a time when they are so critically needed.

I am gratified to find that, even after my missteps at V.C. Summer, there are still those in the energy industry who believe in me and recognize my expertise and who will benefit from my experience and insights. Presently, I am working on several clean energy projects in an advisory capacity, and I look forward to continuing to contribute to the industry and to my communities through helping them grow. I am taking great care in these endeavors to ensure that I uphold the highest standards of honesty and professional integrity at all times. I hope that in the coming years, these projects will be successes that help drive industry growth.

Thank you for your consideration of my letter. I hope that this information may be helpful as you evaluate my conduct and weigh the relevant factors at sentencing. That being said, please do not misconstrue this letter in any way as an attempt to minimize my culpability for aiding and abetting SCANA. It was important to me that I address this Court and apologize for my criminal conduct and provide context as to who I am beyond it. I hope that you will find me worth of leniency.

Respectfully,

*Jeffrey Benjamin*

Jeffrey Benjamin

2